**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Charlotte Sullivan,<br><br>            Plaintiff,<br>v.<br><br>Valentine & Kebartas, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Civil Action No.: 1:15-cv-10691-LTS |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 30, 2015

                                                                Respectfully submitted,

                                                                PLAINTIFF, Charlotte Sullivan

                                                                /s/ Sergei Lemberg
                                                                Sergei Lemberg, Esq.
                                                                B.B.O. No.: 650671
                                                                **LEMBERG LAW, L.L.C.**
                                                                1100 Summer Street, 3rd Floor
                                                                Stamford, CT 06905
                                                                Telephone: (203) 653-2250
                                                                Facsimile:  (203) 653-3424
                                                                slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Sergei Lemberg
                                               Sergei Lemberg